UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NADIA WINSTON** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 21-454** |
| **JEFFERSON PARISH HOUSING AUTHORITY, ET AL.** | **SECTION: "G"** |

## ORDER AND REASONS

Pending before the Court is Defendants Valerie Pruitt, Soly Rosario, and Michele Livingston's (collectively, "Moving Defendants") "Second Motion to Dismiss."[1] The instant Motion to Dismiss was noticed for submission on January 12, 2022. Pursuant to Local Rule 7.5, any opposition to a motion must be filed eight days before the noticed submission date.[2] Thus, Plaintiff's opposition to the instant Motion was due on January 4, 2022. Plaintiff Nadia Winston has not filed an opposition to the Motion, and therefore the Motion is deemed to be unopposed. This Court has authority to grant a motion as unopposed, although it not required to do so.[3]

On October 30, 2021, the Court denied Moving Defendants' first motion to dismiss.[4] The Court agreed with Moving Defendants that the Complaint failed to state a claim against Moving Defendants because it did not "allege any facts regarding what actions Pruitt, Rosario, and Livingston took that entitle Plaintiff to relief."[5] Nevertheless, short of granting the motion, the

---

[1] Rec. Doc. 32.

[2] EDLA Local Rule 7.5.

[3] *Edward H. Bohlin Co. v. Banning Co.,* 6 F.3d 350, 356 (5th Cir.1993).

[4] Rec. Doc. 31.

[5] *Id.* at 6.

Court granted Plaintiff thirty days to amend the deficiencies identified in the Order, if possible. To date, Plaintiff has not amended the Complaint. Accordingly, for the reasons set forth in the Court's October 30, 2021 Order,

**IT IS HEREBY ORDERED** that Moving Defendants' Motion to Dismiss is **GRANTED**. All claims against Moving Defendants are **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA**, this 25th day of January, 2022.

                                         **NANNETTE JOLIVETTE BROWN**
                                         **CHIEF JUDGE**
                                         **UNITED STATES DISTRICT COURT**